**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JENNIFER LYNN HANLEY | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | CASE NO.: 24-10904 |
| FRONTIER AIRLINES, INC. | : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiff in the above-referenced matter.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Timothy S. Seiler*
Timothy S. Seiler, Esq.

Dated: December 4, 2024