# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER LYNN HANLEY | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : CASE NO.: 24-10904 |
| FRONTIER AIRLINES, INC. | : |
| Defendant. | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiff in the above-referenced matter.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Charles M. Scott*
Charles M. Scott, Esq.

Dated: December 12, 2024