**LITTLER MENDELSON, P.C.**
Amber M. Spataro (N.J Bar No. 036892008)
aspataro@littler.com
Jennifer I. Fischer (N.J. Bar No. 047432013)
jfischer@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendant
*Frontier Airlines, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER LYNN HANLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES, INC.,<br><br>　　　　Defendant. | Civil Action No. 3:24-cv-10904-MAS-JBD<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>*<u>Electronically Filed</u>* |

To the Clerk of this Court and All Parties of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel on behalf of Defendant, Frontier Airlines, Inc. ("Defendant") in the above-captioned action. Contact information for the undersigned counsel is as follows:

Amber M. Spataro, Esq.
**LITTLER MENDELSON, P.C.**
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4745
ASpataro@littler.com

Please enter this appearance on the Court's docket and electronically notify Defendant of all filings at the email address listed above. Defendant requests that copies of all notices, papers, motions and any other documents filed, received, or issued in this matter be sent to all attorneys of record.

4934-0957-0827.1 / 057446-1093

4934-0957-0827

                          **LITTLER MENDELSON, P.C.**
                          Attorneys for Defendant
                          Frontier Airlines, Inc.

                          */s/ Amber M. Spataro*
                          Amber M. Spataro

Dated:  January 10, 2025