**LITTLER MENDELSON, P.C.**
Amber M. Spataro (N.J. Bar No. 036892008)
aspataro@littler.com
Jennifer I. Fischer (N.J. Bar No. 047432013)
jfischer@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendant
*Frontier Airlines, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER LYNN HANLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES, INC.,<br><br>　　　　Defendant. | Civil Action No. 3:24-cv-10904-MAS-JBD<br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)**<br><br>**(VIA ECF)** |

Application is made for a Clerk's Order extending the time within which Defendant Frontier Airlines, Inc. ("Defendant") may answer, move, or otherwise reply to the Complaint. Defendant represents that:

　　1.　No previous extension has been obtained to respond to Plaintiff Jennifer Lynn Hanley's ("Plaintiff") Complaint;

　　2.　Defendant waived service of the summons and complaint, agreeing to file and serve a response to the Complaint by February 3, 2025.

**WHEREFORE**, under Local Civil Rule 6.1, Defendant respectfully requests that this application for a 14-day extension until February 17, 2025 be granted.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 10, 2025 | **LITTLER MENDELSON, P.C.** |
|  | */s/ Jennifer I. Fischer* |
|  | Amber M. Spataro, Esq. |
|  | Jennifer I. Fischer, Esq. |
|  | One Newark Center, 8th Floor |
|  | Newark, New Jersey 07102 |
|  | P: (973) 848-4700 |
|  | E: ASpataro@littler.com |
|  | E: JFischer@littler.com |
|  | *Attorneys for Defendant* |
|  | *Frontier Airlines, Inc.* |

4928-5579-2395.1 / 057446-1093

The above application is **ORDERED GRANTED** and the time within which Defendant may answer, move, or otherwise reply is extended to February 17, 2025.

_____**CLERK**

_____

By: _____
      Clerk of the Court

ORDER DATED: January \_\_, 2025

4928-5579-2395.1 / 057446-1093