**LITTLER MENDELSON, P.C.**
Amber M. Spataro (NJ Bar No. 036892008)
aspataro@littler.com
Jennifer I. Fischer (NJ Bar No. 047432013)
jfischer@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendant
*Frontier Airlines, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER LYNN HANLEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES, INC.,<br><br>　　　　　Defendant. | Civil Action No. 3:24-cv-10904-MAS-JBD<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, notice is hereby given by counsel of record for Frontier Airlines, Inc. ("Frontier"), that the following corporate interests are disclosed:

1. The parent companies of the corporation: Frontier Airlines Holdings, Inc., which is wholly owned by Frontier Group Holdings, Inc.

2. Publicly held entities that own 10% or more of Frontier's stock: Frontier Group Holdings, Inc.

Pursuant to Local Civil Rule 7.1.1, Defendant states that they are not aware of any person or entity that is not a party to the above-captioned litigation and that is providing funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

| | |
|---|---|
| Dated: March 10, 2025 | Respectfully submitted,<br>**LITTLER MENDELSON, P.C.**<br><br>*/s/ Jennifer I. Fischer*<br>Amber M. Spataro<br>Jennifer I. Fischer<br>**LITTLER MENDELSON, P.C.**<br>One Newark Center, 8th Floor<br>Newark, New Jersey 07102<br>P: (973) 848-4700<br>E: ASpataro@littler.com<br>E: JFischer@littler.com<br>Attorneys for Defendant<br>*Frontier Airlines, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2025, I filed the foregoing Corporate Disclosure Statement using the District of New Jersey's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

By: */s/ Jennifer I. Fischer*
Amber M. Spataro, Esq.
Jennifer I. Fischer, Esq.

4928-5015-3251 / 057446.1093